# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-13-00067-CV

**Sharon Morrison**

**v.**

**Whispering Pines Lodge I, L.L.P. d/b/a Whispering Pines Lodge and Whispering Pines Lodge, L.L.C. d/b/a Whispering Pines Lodge**

(No. 2011-1549-CCL2 IN COUNTY COURT AT LAW NO. 2 OF GREGG COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | ANNA SCOTT |
| MOTION FEE | $10.00 | PAID | KHOURY LAW FIRM |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | ANDREW G KHOURY |
| MOTION FEE | $10.00 | PAID | KHOURY LAW FIRM |
| CLERK'S RECORD | $103.00 | PAID | KHOURY LAW FIRM |
| REPORTER'S RECORD | $320.00 | UNKNOWN | KHOURY LAW FIRM |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | KHOURY LAW FIRM |
| FILING | $100.00 | PAID | KHOURY LAW FIRM |
| INDIGENT | $25.00 | PAID | KHOURY LAW FIRM |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this October 16, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy